**Ambuj D. SAGAR, Plaintiff–Appellant,**

v.

**MASSACHUSETTS INSTITUTE OF TECHNOLOGY, Defendant–Appellee,**

and

**The General Hospital Corporation (doing business as Massachusetts General Hospital), Defendant–Appellee.**

No. 05–1312.

United States Court of Appeals, Federal Circuit.

July 1, 2005.

Ambuj D. Sagar, pro se.

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).